```
            IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE WESTERN DISTRICT OF OKLAHOMA


IN RE:                                  CHAPTER 13

CYNTHIA K & BRAD E TRUJILLO             CASE NO. 04-21335 NLJ

         Debtor(s).



COMPLETED
_____
               NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

     THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN
ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE
FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT
(90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE
COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a)
AND 3011.

DATE        CHECK NO.      PAYEE             ADDRESS              AMOUNT
----------------------------------------------------------------------
03/01/2011  948359    CYNTHIA TRUJILLO   212 WILDERNESS DR    $       10.36
                                         NORMAN, OK 73071

DATED: 04/18/2011


                                   /s/ John Hardeman
                                   _____
                                   CHAPTER 13 TRUSTEE
                                   P.O. BOX 1948
                                   OKLAHOMA CITY, OK 73101
                                   (405)236-4843

                                                    #334/LB
```